Virginia Price and Josephine Price Ellis, Appellants, v. Lenn McCowan et al., Appellees.

Gen. No. 44,937.

Heber T. Dotson, for appellants; Prescott, Burroughs & Taylor, for appellees; A. Morris Burroughs, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed May 8, 1950; released for publication May 23, 1950.